# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re:<br>Zhicheng Construction Inc<br>Debtor(s)<br><br>Ling Xiong et al.<br>Plaintiff(s)<br><br>vs.<br><br>Zhicheng Construction Inc et al.<br>Defendant(s) | Adversary Proceeding No. 24–05028 |

## NOTICE OF STATUS CONFERENCE IN A CASE REMOVED TO BANKRUPTCY COURT

YOU ARE NOTIFIED that a status conference of the case removed to the bankruptcy court will be held at the following time and place:

### LOCATION:

Via Tele/Videoconference, www.canb.uscourts.gov/calendars

### DATE AND TIME:

October 24, 2024   02:00 PM

Counsel for the removing party shall serve a copy of this notice on opposing counsel within ten (10) days and file a proof of service with the court.

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Date: 8/20/24

By: Nash Singh
    Deputy Clerk